EXHIBIT
D

GOODWIN

Timothy Holahan
+1 617 570 1673
tholahan@goodwinlaw.com

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

goodwinlaw.com
+1 617 570 1000

January 29, 2026

Keith Clouse
4245 North Central Expressway, Suite 350
Dallas, TX 75205
keith@clousebrown.com

VIA EMAIL AND FEDEX

**Re: Equity Repurchase**

Dear Keith:

I write on behalf of the Board of Directors (the "Board") of Drink LMNT, Inc. (the "Company") to inform you that, pursuant to the Board's authority as Administrator under the Company's December 1, 2020 Stock Plan, the Company has repurchased for $0.00, effective immediately, all of Joshua Shropa's vested shares of Company common stock under Section 3(h)(iii) of the Restricted Stock Award Agreement between Mr. Shropa and the Company dated February 28, 2022, as amended on June 23, 2024, and under the Restricted Stock Award Agreement by and between Mr. Shropa and the Company dated September 5, 2023, as amended on June 23, 2024. Nothing herein waives or limits the Company's rights.

Please pass this on to Mr. Shropa.

Regards,

*Timothy Holahan*

Timothy Holahan

cc: Felipe Heiderich