**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| JOSHUA SHROPA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 3:25-cv-03226-B |
| v. | § | |
| | § | |
| DRINK LMNT, INC., | § | |
| | § | |
| *Defendant.* | § | |

### PLAINTIFF'S MOTION TO COMPEL

Plaintiff, Joshua Shropa ("Shropa"), files this Motion to Compel with accompanying certificate of conference, and in support thereof would show the Court the following:

### SUMMARY

The arguments in support of this Motion to Compel are set forth in the Brief in Support, which is filed contemporaneously herewith, along with the supporting Appendix of evidence.

### PRAYER

For the reasons set forth in detail in the accompanying Brief in Support of this Motion to Compel, Shropa respectfully requests that the Court grant this Motion to Compel, overrule all the Objections filed by the Defendant to Plaintiff's First Request for Production of Documents, Order Defendant to fully produce all the responsive documents to Shropa within ten (10) days, and grant Shropa such other and further relief, at law or in equity, to which he may be justly entitled.

1

Respectfully submitted,

*/s/ Keith A. Clouse*
**Keith A. Clouse**
State Bar No. 04410300
keith@clousebrown.com
**John S. Morgan**
State Bar No. 14447475
jmorgan@clousebrown.com
**Bruce E. Rothstein**
State Bar No. 17319275
brothstein@clousebrown.com

**CLOUSE BROWN PLLC**
4245 North Central Expressway, St. 350
Dallas, Texas 75205
Telephone: (214) 698-5100
Facsimile: (214) 481-8881
***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 19, 2026, I conferred by telephone with Sydnie Shimkus, one of Defendant's counsel in this case, regarding Defendant's responses and objections to Plaintiff's Request for Production of documents. She confirmed that Defendant objected in their entirety to each and every of Plaintiff's Requests, that Defendant would produce no responsive documents, and that discussion of the particulars of Plaintiff's requests would not be productive. Accordingly, this Motion is submitted for determination by the Court.

*Bruce Rothstein*
BRUCE ROTHSTEIN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system on February 27, 2026.

*/s/ Keith A. Clouse*
KEITH A. CLOUSE

2