**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JOSHUA SHROPA,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **Civil Action No. 3:25-cv-03226-B** |
| **v.** | § | |
| | § | |
| **DRINK LMNT, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO SEAL

Plaintiff, Joshua Shropa ("Shropa"), files this Response in Opposition to Defendant's Motion to Seal ("Opposition"), and in support thereof would show the Court the following:

### SUMMARY

The arguments in support of this Opposition are set forth in the Brief in Support which is filed contemporaneously herewith, along with the supporting Appendix of evidence.

### PRAYER

For the reasons set forth in detail in the accompanying Brief in Support of this Opposition, Shropa respectfully requests that the Court deny Defendant's Motion to Seal, and grant Shropa such other and further relief, at law or in equity, to which he may be justly entitled.

1

Respectfully submitted,

*/s/ Keith A. Clouse*
**Keith A. Clouse**
State Bar No. 04410300
keith@clousebrown.com
**John S. Morgan**
State Bar No. 14447475
jmorgan@clousebrown.com
**Bruce E. Rothstein**
State Bar No. 17319275
brothstein@clousebrown.com

**CLOUSE BROWN PLLC**
4245 North Central Expressway, St. 350
Dallas, Texas 75205
Telephone: (214) 698-5100
Facsimile: (214) 481-8881

***ATTORNEYS FOR PLAINTIFF***

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system on March 11, 2026.

*/s/ Keith A. Clouse*
KEITH A. CLOUSE

2