**CLOUSE | BROWN**
PLLC

THE EXECUTIVE'S LAWYER

4245 North Central Expressway
Suite 350
Dallas, Texas 75205
P: 214.698.5100
F: 214.481.8881

Keith A. Clouse

BOARD CERTIFIED LABOR & EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
keith@clousebrown.com • Direct: (214) 220-2722

March 24, 2026

*Via E-file*
Judge Jane Boyle
Northern District Court - Dallas Division
1100 Commerce Street, Room 1520
Dallas, Texas 75242-1003

Re:    Cause No. 3:25-CV-3226-B; Josh Shropa v. Drink LMNT

To the Honorable Court and Counsel:

I am writing to let the court and counsel of record know that I will be out of the country on vacation from May 1 – 15, 2026. Accordingly, I would kindly request that no hearings be set during this time period.

Thank you for your consideration.

Very truly yours,

Keith A. Clouse

cc: All counsel of Record (Via Notice of Electronic Filing)