Keith A. Clouse
BOARD CERTIFIED LABOR & EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
keith@clousebrown.com • Direct: (214) 220-2722

CLOUSE | BROWN
PLLC

4245 North Central Expressway
Suite 350
Dallas, Texas 75205
P: 214.698.5100
F: 214.481.8881

THE EXECUTIVE'S LAWYER

April 24, 2026

***Via E-file***
Magistrate Judge Rutherford
1100 Commerce Street, Room 1376W
Courtroom: 1306
Dallas, Texas 75242

Re: Case No. 3:25-cv-03226-B Shropa v. Drink LMNT Inc

Dear Magistrate Rutherford:

Per Judge Boyle's Order on April 16, 2026, Document 42, I am writing to respectfully bring to your attention for consideration the following document that were electronically filed today:

1. Plaintiff's Opposition to Defendant's Motion for Leave to Consider Its Discovery Responses Timely

I appreciate the Court's time and consideration of this matter. If the Court requires any additional information or documentation, I would be happy to provide it.

Very truly yours,

Keith A. Clouse